UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                            CASE NO. 8:06-CR-294-T-17-MSS

FREDERICK BEN WEBB, JR.
_____/

**ORDER ON REPORT AND RECOMMENDATION**

This cause is before the Court on the report and recommendation R&R issued by Magistrate Judge Mary S. Scriven on September 5, 2006 (Docket No. 39). The magistrate judge recommends: 1) that the Court should grant the motion to dismiss (Docket No. 28); 2) that the case be dismissed, without prejudice; and 3) that the defendant be released from custody under the terms and conditions agreed to by the parties at the hearing, including posting sufficient bond as will be directed by the magistrate judge.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). The defendant filed objections to the recommendation on September 19, 2006 (Docket No. 41). The defendant objects to the recommendation that the case be dismissed without prejudice and requests dismissal with prejudice. The Court has reviewed the objections and does not find them persuasive on the issue of prejudice. The Court agrees with the analysis in the Report and Recommendation on this issue.

**STANDARD OF REVIEW**

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court

should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation as follows. Accordingly, it is

**ORDERED** that the report and recommendation, dated September 5, 2006, be **adopted** and **incorporated by reference;** the defendant's objection (Docket No. 41) be **overruled;** the motion to dismiss (Docket No. 28) be **granted**; the cause of action is dismissed, without prejudice; the Clerk of Court is **directed** to close this case; and, finally, the defendant be released from custody under the terms and conditions agreed to by the parties at the hearing, including posting sufficient bond as will be directed by the magistrate judge.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 20th day of October, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge
U.S. Marshal's Service